IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEMPIS SONGSTER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 04-5916 |
| | : | |
| **JEFFREY A. BEARD,** *et al* | : | |

## ORDER

**AND NOW**, this 29th day of July, 2014, it is **ORDERED** that the Clerk shall docket the Memorandum Opinion of this date and transmit it to the Clerk of the Court of Appeals for the Third Circuit to supplement the record on appeal in CA 12-3941.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.