# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEMPIS SONGSTER** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 04-5916 |
| | : | |
| **JEFFREY A. BEARD, DAVID DIGUGLIELMO, THE DISTRICT ATTORNEY OF PHILADELPHIA** and **THE ATTORNEY GENERAL OF PENNSYLVANIA** | : : : : : | |

## ORDER

**NOW**, this 17th day of August, 2016, upon consideration of the petitioner's Third Amended Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (Document No. 36), the respondents' response, and upon remand by the Third Circuit Court of Appeals, it is **ORDERED** that the petition is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The petition is **GRANTED** to the extent that it challenges the petitioner's mandatory sentence of life without parole in light of *Miller v. Alabama*, 132 S. Ct. 2455 (2012);

2. The petitioner's sentence in *Commonwealth v. Songster*, CP-51-CR-1102961-1987, is **VACATED**;

3. The petitioner shall be resentenced within 120 days of the date of this Order;

4. The time limit within which the petitioner must be resentenced may be extended upon a showing of reasonable cause.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.